THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil File No: 4:09-cv-199-FL

| | |
|---|---|
| THE MAINSTREETCOLLECTION, INC. ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| LOIS HALL, and LOIS & FRIENDS LLC d/b/a MOUNTAIN MAMAS, ) ) ) | |
| Defendants. ) | |

For good cause shown, the Court hereby GRANTS Plaintiff The Mainstreet Collection, Inc. and Defendants Lois Hall and Lois & Friends LLC d/b/a Mountain Mamas' joint motion for the parties to participate in a court-assisted settlement conference. It is therefore ORDERED that Magistrate Judge David W. Daniel will host a mediation conference with the parties on or before November 16, 2010.

This the 20th day of October, 2010.

LOUISE W. FLANAGAN
Chief United State District Court Judge