# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
# 4:09-cv-199-FL

| | |
|---|---|
| THE MAINSTREET COLLECTION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  ORDER<br>) |
| LOIS HALL, and LOIS & FRIENDS LLC d/b/a MOUNTAIN MAMAS, | )<br>)<br>) |
| Defendants. | ) |

For good cause shown, the Court hereby GRANTS Plaintiff The Mainstreet Collection, Inc. and Defendants Lois Hall and Lois & Friends LLC d/b/a Mountain Mamas' joint motion to stay. It is therefore ORDERED that the above-captioned proceeding will be stayed through and including December 23, 2010.

This the 13th day of December, 2010.

LOUISE W. FLANAGAN
Chief United State District Court Judge