IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-cv-199-FL

| | |
|---|---|
| THE MAINSTREET COLLECTION, INC., ) ) ) Plaintiff, ) ) v. ) ) LOIS HALL, and LOIS & FRIENDS LLC d/b/a MOUNTAIN MAMAS, ) ) ) ) Defendants. ) | JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff The Mainstreet Collection, Inc. ("Mainstreet") and Defendants Lois Hall and Lois & Friends LLC d/b/a Mountain Mamas ("Hall"), through their undersigned counsel, as follows:

1. All claims and counterclaims asserted in this action should be and hereby are dismissed with prejudice.

2. Each party will bear its own costs and expenses, including any and all attorneys' fees.

Respectfully submitted this the 13th day of January, 2011.

| | |
|---|---|
| **COATS & BENNETT, PLLC**<br>**Attorneys for Plaintiff** | **THARRINGTON SMITH LLP**<br>**Attorneys for Defendants** |
| By: /s/ *Anthony J. Biller*<br>Anthony J. Biller<br>NC State Bar No. 24,117<br>Emily M. Haas<br>NC State Bar No. 39,716<br>1400 Crescent Green, Suite 300<br>Cary, NC 27518<br>Telephone: (919) 854-1844<br>Facsimile: (919) 854-2084<br>E-mail: abiller@coatsandbennett.com<br>ehaas@coatsandbennett.com | By: /s/ *Randall M. Roden*<br>Randall M. Roden<br>NC State Bar No. 7,287<br>Daniel W. Clark<br>NC State Bar No. 15,804<br>209 Fayetteville Street Mall<br>Post Office Box 1151<br>Raleigh, NC 27602-1151<br>Telephone: (919) 821-4711<br>Facsimile: (919) 829-1583<br>Email: rroden@tharringtonsmith.com<br>dclark@tharringtonsmith.com<br><br>Catherine L. Brabson<br>Utah State Bar No. 6500<br>PARSONS KINGHORN HARRIS<br>111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111<br>Telephone: (801) 363-4300<br>Facsimile: (801) 363-4378<br>Email: clb@pkhlawyers.com |

SO ORDERED, this the 19th day of January, 2011.

*[signature]*

LOUISE W. FLANAGAN
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| THE MAINSTREET COLLECTION INC., <br><br>  Defendant, <br><br> v. <br><br> LOIS HALL, and LOIS & FRIENDS LLC d/b/a MOUNTAIN MAMAS, <br><br>  Defendants. | ) ) ) ) ) ) ) No. 4:09-cv-199-FL ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, I electronically filed the foregoing **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** with the Court using the CM/ECF system. The CM/ECF system will send notification of such filing to all parties.

/s/ Randall M. Roden
Randall M. Roden
N.C. State Bar No. 7287
Daniel W. Clark
N.C. State Bar No. 15804
THARRINGTON SMITH, L.L.P.
209 Fayetteville Street
P.O. Box 1151
Raleigh, NC 27602-1151
Phone: (919) 821-4711
Facsimile: (919) 829-1583
Email: rroden@tharringtonsmith.com
dclark@tharringtonsmith.com